UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DONALD W. CROW, ET AL          CIVIL ACTION NO. 14-cv-3328

VERSUS          JUDGE FOOTE

CHESAPEAKE LOUISIANA, LP, ET AL      MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiffs filed this civil action based on an assertion of diversity jurisdiction. It appears that they have alleged their own citizenship and that of one of the defendants in accordance with the applicable rules. The citizenship of defendant Chesapeake Louisiana, LP, however, requires additional information.

The complaint alleges that Chesapeake Louisiana, LP is a limited partnership whose general partner is Chesapeake Operating, Inc., whose state of incorporation and principal place of business are both Oklahoma. The complaint has no information about any limited partners. When a limited partnership is a party, the court must consider the citizenship of each partner, both general and limited. Carden v. Arkoma Associates, 110 S.Ct. 1015 (1990); Whalen v. Carter, 954 F.2d 1087, 1094 (5th Cir. 1994).

Plaintiffs are directed to amend their complaint to allege with specificity the identity and citizenship of any limited partners in Chesapeake Louisiana, LP. The court notes that Chesapeake Louisiana, LP. alleged in a notice of removal filed in 2011 that its only limited partner was then Chesapeake Energy Louisiana Corporation, whose state of incorporation

and principal place of business were both Oklahoma. See 11-cv-854, Doc. 1, ¶ 3. Plaintiff should attempt to confirm whether that information is still accurate. Whether Plaintiffs will have to file a motion for leave is determined by Fed. R. Civ. Pro. 15.

      THUS DONE AND SIGNED in Shreveport, Louisiana, this 8th day of December, 2014.

Mark L. Hornsby
U.S. Magistrate Judge
